
FILED
MAR 18 2013
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| CHARLES WILLIAM OCHLECH III,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN FRINK, CROSSROADS CORRECTIONAL CENTER, CHAPLIN MECKLING, and JOHN and JANES DOES,<br><br>Defendants. | No. CV 12-02-GF-SEH<br><br>**ORDER** |

On February 25, 2013, United States Magistrate Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no

---

[1]Docket No. 25.

objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. The Complaint[2] is DISMISSED with prejudice.

2. Any appeal from this decision will not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

2. The Clerk is directed to enter judgment accordingly.

DATED this 18th day of March, 2013.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.